# JOSEPH CAMPAU
## v.
# RENÉ MARSAC

1807

JOURNAL ENTRIES

1. Certiorari and bond ordered . . . . . . *Journal, infra,* *p. 55
2. Judgment . . . . . . . . . . . . " 88

PAPERS IN S. C. FILE

1. Statement of accounts (in French) . . . . . . . . . . .
2. Translation of agreement . . . . . . . . . . . . . .

PAPERS IN D. C. FILE

1. Declaration . . . . . . . . . . . . . . . . . .
2. Plea of payment . . . . . . . . . . . . . . . .
3. Replication . . . . . . . . . . . . . . . . . .
4. Subpoena for Archer Lyons, Toussaint Campau,
   Lionais St. Germain and Dennis Campau . . . . . . . . .